IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

TROPICAL NUT & FRUIT CO.,

                 Plaintiff,

vs.

HAYDEN VALLEY FOODS, INC.,

                 Defendant.

Civil Action No. 3:14-cv-68-RJC-DSC

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Quintin Lindsmith and Gregory Krabacher]" (documents ## 10 and 11). For the reasons stated therein, the Motions are <u>granted</u>.

The Clerk is directed to send copies of this Order to the parties' counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: April 21, 2014

David S. Cayer
United States Magistrate Judge